987 A.2d 637

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kevin MOBLEY, Petitioner.**

**No. 138 EM 2009.**

Supreme Court of Pennsylvania.

Dec. 17, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2009, the Application for Extraordinary Relief is **DENIED.**